UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:19-cv-03585-RAO                                                    Date: July 15, 2019

Title   Jason Cook v. State of California, Department of Highway Patrol et al

---

Present: The Honorable:   Rozella A. Oliver, United States Magistrate Judge

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS)    ORDER TO SHOW CAUSE**

This action was filed on April 29, 2019 by Jason Cook ("Plaintiff) against State of California, Department of Highway Patrol et al ("Defendants"). On July 2, 2019 Defendants State of California and Department of Highway Patrol filed a Joint Stipulation extending time to answer. On July 5, 2019 the remaining Defendants filed a Stipulation for extension of time to file answer. Plaintiff has not yet filed the required proofs of service of the Summons and Complaint.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before **July 22, 2019**:

- Proofs of service of summons and complaint.

In accordance with Rule 78 of the Federal Rules of Civil procedures and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

IT IS SO ORDERED.

:
dl

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:19-cv-03585-RAO                                                   Date: July 15, 2019

Title    Jason Cook v. State of California, Department of Highway Patrol et al

**Initials of Preparer**